Form SJAFD

# UNITED STATES BANKRUPTCY COURT
### *for the*
### Northern District of California

| | |
|---|---|
| **In re Debtor(s):** JoJo DeLaFuente<br><br>aka   JoJo DeLaFuente<br>dba   Valentin DeLaFuente | Case No.: 08–51924 RLE 13<br>Chapter: 13 |

## ORDER AND NOTICE PROVIDING FOR AUTOMATIC DISMISSAL UPON FAILURE TO FILE REQUIRED DOCUMENT(S)

According to the court's records, at the time of filing the petition, it appears that the debtor(s) in this case did not file the documents indicated below which are required to be filed pursuant to Interim Bankruptcy Rule 1007(c):

☐ List of Creditors

☑ Schedules of Assets and Liabilities – Schedules A, B, C, D, E, F

☑ Schedules of Current Income and Current Expenditures – Schedules I, J

☑ Statement of Financial Affairs

☐ If 11 U.S.C. §342(b) applies, a certificate regarding notification to the debtor by the debtor's attorney, bankruptcy petition preparer or the court, as required by 11 U.S.C.§342(b).

☑ A statement of the monthly net income, itemized to show how the amount was calculated (Means Test Form B22)

☐ If applicable, a statement disclosing any reasonably anticipated increase in income or expenditures over the 12–month period following filing of the petition.

It is the responsibility of the debtor(s) to make sure that all documents have been filed as required by law. 11 U.S.C. §521(i)(3) provides that the debtor(s) may, within the initial 45–day period, request up to an additional 45 days to file the required documents

To request an extension, the Debtor(s) shall, within 45 days from the filing of the petition, file with the court a written request for an extension that contains the bankruptcy case number, and explains the reasons an extension is needed and the length of extension that the Debtor(s) requests (up to a maximum of 90 days from the date the petition was filed). The request shall be filed electronically, in person, or mailed, addressed as follows:

Unites Stated Bankruptcy Court
280 South First Street
Suite 3035
San Jose, CA 95113

IT IS HEREBY ORDERED that if the debtor(s) fails to file any of the documents prescribed in 11 U.S.C. §521(a)(1) by **6/2/08,** an Order and Notice of Dismissal for Failure to Comply shall be entered effective on the 46th day after the date of the filing of the petition, unless an extension of time was requested under 11 U.S.C. §521(i)(3).

If an extension of time was requested under 11 U.S.C. §521(i)(3) and the debtor(s) fails to file any of the required documents within the extended time period, an Order and Notice of Dismissal for Failure to Comply shall be entered.

Dated: 4/18/08                              By the Court:

                                            Roger L. Efremsky
                                            United States Bankruptcy Judge