Form SJOPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

| | |
|---|---|
| **In re:**<br>JoJo DeLaFuente<br>1296 Montgomery Dr.<br>San Jose, CA 95118<br><br>            Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>   xxx–xx–0331 | **Case Number:** 08–51924 RLE<br>**Chapter:** 13 |

## ORDER PROVIDING FOR DISMISSAL FOR FAILURE TO FILE THE CHAPTER 13 PLAN

   It appearing that the above–named debtor(s) filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on 4/17/08 and that at the time of filing, the debtor(s) did not file the Chapter 13 plan.

   IT IS HEREBY ORDERED that the debtor(s) file the Chapter 13 plan within 15 days of the date of filing the petition for relief or an Order and Notice of Dismissal for Failure to Comply pursuant to 11 U.S.C. §1307(c)(3) shall be entered.

Dated: <u>4/18/08</u>            By the Court:

                                   Roger L. Efremsky
                                   United States Bankruptcy Judge

Doc #4

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-5          User: ec                Page 1 of 1              Date Rcvd: Apr 18, 2008
Case: 08-51924                Form ID: SJOPD          Total Served: 1
```

The following entities were served by first class mail on Apr 20, 2008.
db          JoJo DeLaFuente,   1296 Montgomery Dr.,   San Jose, CA   95118

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2008                    Signature:    *Joseph Speetjens*