| | |
|---|---|
| 1 | MICHAEL W. MALTER, #96533 |
| 2 | JULIE H. ROME-BANKS, #142364<br>Binder & Malter, LLP |
| 3 | 2775 Park Avenue<br>Santa Clara, CA 95050 |
| 4 | Telephone: (408)295-1700<br>Facsimile: (408) 295-1531 |
| 5 | email: michael@bindermalter.com<br>email: julie@bindermalter.com |
| 6 | Attorney for Landlord/Creditor |
| 7 | Roger K. Ver |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re | Case No. 08-51924-RLE |
| Valentin DeLaFuente, aka JoJo DeLaFuente, dba Valentin DeLawFuente,<br><br>Debtor. | Chapter 13 |

## CERTIFICATE OF SERVICE BY MAIL

I declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, CA 95050. On April 28, 2008, I served the following:

## REQUEST FOR SPECIAL NOTICE

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at Santa Clara, California addressed as follows:

| Attorney for Debtor | Chapter 13 Trustee |
|---|---|
| Charles B. Greene | Devin Derham-Burk |
| Law Offices of Charles B. Greene | P.O. Box 50013 |
| 84 W Santa Clara St. #770 | San Jose, CA 95150 |
| San Jose, CA 95113 | |

1
2   I declare under penalty of perjury that the foregoing is true and correct and that
3   this declaration was executed at Santa Clara, California on April 28, 2008.
4                                    /s/ Catherine Kealiinohomoku
    Catherine Kealiinohomoku
5
    JHR/F:\Clients\Ver, Roger\Pleading\Request for Special Notice POS.wpd
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE BY MAIL                                             PAGE   2
Case 08-51924    Doc# 10-1    Filed: 04/28/08    Entered: 04/28/08 10:34:07    Page 2 of 2