MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
email: michael@bindermalter.com
email: julie@bindermalter.com

Attorney for Landlord/Creditor
Roger K. Ver

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Valentin DeLaFuente, aka JoJo DeLaFuente, dba Valentin DeLawFuente,<br><br>Debtor. | Case No. 08-51924-RLE<br><br>Chapter 13 |

## REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Roger K. Ver is a creditor in the above-entitled bankruptcy estate, and does hereby request pursuant to Federal Rule of Bankruptcy Procedure 2002 that he receive notice of all pleadings, notices and other documents filed and served in this matter by sending copies of the same to:

Michael W. Malter, Esq.
Julie H. Rome-Banks, Esq.
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
email: michael@bindermalter.com
email: julie@bindermalter.com

Dated: April 28, 2008     BINDER & MALTER LLP


By /s/ Julie H. Rome-Banks
Julie H. Rome-Banks
Attorneys for Roger K. Ver

JHR:F:\Clients\Ver, Roger\Pleading\Request for Special Notice.wpd