MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
email: michael@bindermalter.com
email: julie@bindermalter.com

Attorney for Landlord/Creditor
Roger K. Ver

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>Valentin DeLaFuente, aka JoJo DeLaFuente, dba Valentin DeLawFuente,<br><br>Debtor. | Case No. 08-51924-RLE<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE BY MAIL**

I declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, CA 95050. On April 28, 2008, I served the following:

### **REQUEST FOR SPECIAL NOTICE**

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at Santa Clara, California addressed as follows:

| Attorney for Debtor | Chapter 13 Trustee |
|---|---|
| Charles B. Greene | Devin Derham-Burk |
| Law Offices of Charles B. Greene | P.O. Box 50013 |
| 84 W Santa Clara St. #770 | San Jose, CA 95150 |
| San Jose, CA 95113 | |

CERTIFICATE OF SERVICE BY MAIL                                                                                                         PAGE 1
Case: 08-51924   Doc# 10-1   Filed: 04/28/08   Entered: 04/28/08 10:34:07   Page 1 of 2

1

2    I declare under penalty of perjury that the foregoing is true and correct and that

3  this declaration was executed at Santa Clara, California on April 28, 2008.

4                                                          /s/ Catherine Kealiinohomoku
                                                         Catherine Kealiinohomoku
5
    JHR/F:\Clients\Ver, Roger\Pleading\Request for Special Notice POS.wpd
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY MAIL                                                    PAGE   2
Case: 08-51924    Doc# 10-1    Filed: 04/28/08    Entered: 04/28/08 10:34:07    Page 2 of 2