# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOJO DELAFUENTE | § | CASE NO. 08-51924-RLE |
| | § | CHAPTER 13 |
| AKA JOJO DELAFUENTE DBA VALENTIN DELAFUENTE | § | |
| | § | JUDGE ROGER L. EFREMSKY |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Washington Mutual Bank**
**PO Box 44090**
**Jacksonville, Florida 32231-4090**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Larry Buckley

Larry Buckley

F# 7777-N-9390
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Washington Mutual Bank

## CERTIFICATE OF SERVICE

      I, Larry Buckley, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before April 30, 2008:

**Debtors' Attorney**
Charles B. Greene
Law Offices Of Charles B. Greene
84 W Santa Clara St. #770
San Jose, CA 95113

**Chapter 13 Trustee**
Devin Derham-Burk
Post Office Box 50013
San Jose, California 95150-0013

**U.S. Trustee**
Office of the US Trustee
280 South First Street, Room 268
San Jose, California 95113

                                                   /s/ Larry Buckley

                                                   Larry Buckley

7777-N-9390
noaelect