**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: JoJo DeLaFuente<br>　aka　JoJo DeLaFuente<br>　dba　Valentin DeLaFuente<br>　　　Debtor(s) | Case No.: 08–51924 RLE 13<br>Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

　**Notice is given** the debtor(s) having failed to comply with this court's order filed on 4/18/2008 , it is ordered that this case is hereby **dismissed** .

Dated: 5/6/08　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　Roger L. Efremsky
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge