**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: JoJo DeLaFuente<br>   aka   JoJo DeLaFuente<br>   dba   Valentin DeLaFuente<br>        Debtor(s) | Case No.: 08–51924 RLE 13<br>Chapter: 13 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

    **Notice is given** the debtor(s) having failed to comply with this court's order filed on 4/18/2008 , it is ordered that this case is hereby **dismissed** .

Dated: 5/6/08

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-5          User: ec                    Page 1 of 1              Date Rcvd: May 06, 2008
Case: 08-51924                Form ID: NDC                Total Served: 13

The following entities were served by first class mail on May 08, 2008.
db          JoJo DeLaFuente,   1296 Montgomery Dr.,   San Jose, CA   95118
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Secretary of The Treasury,    15th and Pennsylvania Ave. NW,   Washington, DC  20220-0001
smg        +State Board of Equalization,   Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,
             Sacramento, CA 94279-0001
cr         +Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Attn: Ramesh Singh,
             Miami, Fl 33131-1605
cr         +Roger Ver,   c/o Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,
             Santa Clara, CA 95050-6004
cr         +Washington Mutual Bank,   P O Box 44090,   Jacksonville, FL 32231-4090
9239246    ++++ROGER K. VER,    C/O TODD ROTHBARD,    4261 NORWALK DR STE Y107,    SAN JOSE CA   95129-1796
            (address filed with court:   Roger K. Ver,   c/o Todd Rothbard,   4261 Norwalk Dr. #107,
             San Jose, CA 95125)
9265311     Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
9265617    +Recovery Management Systems Corporation, cr,   25 SE 2nd Ave Ste 1120,   Attn: Ramesh Singh,
             Miami, Fl 33131-1605
9257004    +Roger Ver, cr,   c/o Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,
             Santa Clara, CA 95050-6004
9259019     Washington Mutual Bank,   PO Box 44090,   Jacksonville, Florida 32231-4090

The following entities were served by electronic transmission on May 07, 2008.
smg         EDI: CALTAX.COM May 07 2008 02:47:00     CA Franchise Tax Board,   Attn: Special Procedures,
             P.O. Box 2952,   Sacramento, CA  95812-2952
cr         +EDI: RECOVERYCORP.COM May 07 2008 02:47:00     Recovery Management Systems Corporation,
             25 SE 2nd Ave Ste 1120,   Attn: Ramesh Singh,   Miami, Fl 33131-1605
9265311     EDI: RECOVERYCORP.COM May 07 2008 02:47:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2008**          Signature: *Joseph Speetjens*