CHARLES GREENE ESQ

Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA. 95150
(408)354-1345 FAX:(408)354-5513

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:
VALENTIN DELAFUENTE
1296 MONTMORENCY DR                     CASE NO. 08-5-1924RLE
SAN JOSE CA                              JOJO DELAFUENTE
                   95118
     DEBTOR(S)

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
                AND APPLICATION TO DISCHARGE TRUSTEE
------------------------------------------------------------------------

This case was commenced on Apr 17, 2008.
The Plan has not been confirmed.
The case was concluded on May  6, 2008.

THE SUBJECT CASE HAS BEEN DISMISSED PRIOR TO CONFIRMATION

     Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS:
Amount paid to Trustee by the Debtor for benefit of creditors. $       .00

ROGER K VER                                  .00        .00        .00   DIRECT PAY
CLAIM NO. 0001      CLASSIFICATION: NOTICE ONLY         % ALLOWED:      .00

```
SUMMARY OF CLAIMS ALLOWED AND PAID:
            SECURED       PRIORITY        GENERAL         SPECIAL          TOTAL
AMT ALLOWED     .00            .00            .00             .00            .00
PRIN PAID       .00            .00            .00             .00            .00
INT PAID        .00            .00            .00             .00            .00

RETURNED TO THE DEBTOR:            .00

OTHER DISBURSEMENT UNDER ORDER OF COURT:
DEBTOR'S ATTORNEY                       FEE ALLOWED              FEE PAID
CHARLES GREENE ESQ                          .00                     .00

COURT COSTS AND
OTHER EXPENSES      FILING FEE     NOTICING FEE    TRUSTEE FEE
OF ADMINISTRATION       .00            .00             .00
```

    Devin Derham-Burk, Trustee herein, has submitted her Final Report and Account showing that all required distributions have been duly made.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

DATED: May 15, 2008

/S/ DEVIN DERHAM-BURK
_____
#104353
DEVIN DERHAM-BURK TRUSTEE