Entered on Docket
May 28, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)
```

The following constitutes
the order of the court. Signed May 28, 2008

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| VALENTIN DELAFUENTE | ) | Case No. 08-51924 RLE |
| Debtor(s) | ) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Devin Derham-Burk is discharged as Trustee of the estate of the above named debtor(s) and the bond is cancelled.

*** END OF ORDER ***

Final Decree 08-51924 RLE