```
1  DEVIN DERHAM-BURK #104353           The following constitutes
   CHAPTER 13 STANDING TRUSTEE         the order of the court. Signed May 28, 2008
2  P O Box 50013
   San Jose, CA  95150-0013
3
   Telephone:  (408) 354-4413          _____
4  Facsimile:  (408) 354-5513              Roger L. Efremsky
                                           U.S. Bankruptcy Judge
5  Trustee for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| VALENTIN DELAFUENTE | Case No. 08-51924 RLE |
| Debtor(s) | |

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Devin Derham-Burk is discharged as Trustee of the estate of the above named debtor(s) and the bond is cancelled.

*** END OF ORDER ***

Final Decree 08-51924 RLE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-5          User: ec              Page 1 of 1           Date Rcvd: May 28, 2008
Case: 08-51924                Form ID: pdfeo        Total Served: 1
```

The following entities were served by first class mail on May 30, 2008.
db          JoJo DeLaFuente,   1296 Montgomery Dr.,   San Jose, CA   95118

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2008                    Signature:    *Joseph Speetjens*